# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **JASON REBARDI #264443** | **CASE NO. 6:19-CV-00300 SEC P** |
| **VERSUS** | **JUDGE DOUGHTY** |
| **DARREL VANNOY** | **MAGISTRATE JUDGE WHITEHURST** |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the petition be deemed a successive petition for writ of habeas corpus and that it be **TRANSFERRED** to the United States Court of Appeals for the Fifth Circuit pursuant to 28 U.S.C. §1631 for further proceedings in accordance with the provisions of 28 U.S.C. §2244(b).

THUS DONE in Chambers on this 5th day of June, 2019.

_____
**Terry A. Doughty**
**United States District Judge**